# KEVIN KERVENG TUNG, P.C.

Attorneys and Counselors at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468
www.kktlawfirm.com

December 17, 2025

Via ECF
The Hon. Joseph A. Marutollo
United State District Court
Eastern District of New York
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Lao Cheng Du Food, Inc. et al. v. GrubMarket, Inc. et al.*, No. 1:25-CV-05018 (JAM)

Dear Judge Marutollo:

We are counsel for Plaintiffs. Pursuant to the Court's November 18, 2025 Order, the parties respectfully submit this joint status report.

Discovery is currently ongoing. Defendants have served their First Request for Production of Documents and First Set of Interrogatories on Plaintiffs. Plaintiffs have requested, and Defendants have agreed to, a thirty (30) day extension of time, until January 27, 2026, for Plaintiffs to serve their responses.

Respectfully,

/s/ Kevin K. Tung

Kevin K. Tung
ktung@kktlawfirm.com
(718) 939-4633